| United States Bankruptcy Court<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Johns, Larry David** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Johns, Livian Lofranco** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA L&L Services** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Liv Johns** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5511** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9724** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1051 Apple Court #A**<br>**Hollister, CA**<br>ZIP Code **95023** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1051 Apple Court #A**<br>**Hollister, CA**<br>ZIP Code **95023** |
| County of Residence or of the Principal Place of Business:<br>**San Benito** | County of Residence or of the Principal Place of Business:<br>**San Benito** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt entity under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

| Statistical/Administrative Information    \*\*\* David A. Boone 74165 \*\*\*<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Johns, Larry David**<br>**Johns, Livian Lofranco** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____   7/14/2013 _____<br>Signature of Attorney for Debtor(s)   (Date)<br>**David A. Boone 74165** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Johns, Larry David**<br>**Johns, Livian Lofranco** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Larry D Johns_
Signature of Debtor **Larry David Johns**

X _Liv John_
Signature of Joint Debtor **Livian Lofranco Johns**

Telephone Number (If not represented by attorney)

_01/14/13_
Date

### Signature of Attorney*

X _[signature]_
Signature of Attorney for Debtor(s)

**David A. Boone 74165**
Printed Name of Attorney for Debtor(s)

**Law Offices of David A. Boone**
Firm Name

**1611 The Alameda**
**San Jose, CA 95126**

Address

**408-291-6000 Fax: 408-291-6016**
Telephone Number

_1/14/2013_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re    **Larry David Johns**
     **Livian Lofranco Johns** _____ Case No. _____

                                          Debtor(s)         Chapter    **13** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

□4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

> □Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

> □Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

> □Active military duty in a military combat zone.

□5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Larry D Johns*
Larry David Johns

Date: 01/14/13

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Certificate Number: 03088-CAN-CC-020045031



03088-CAN-CC-020045031

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 13, 2013</u>, at <u>9:59</u> o'clock <u>PM CST</u>, <u>Larry D Johns</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>January 13, 2013</u>          By: <u>/s/Brian J Alcorn</u>

                                      Name: <u>Brian J Alcorn</u>

                                      Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Northern District of California

In re **Larry David Johns**
**Livian Lofranco Johns**

Debtor(s)

Case No.

Chapter    **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

       ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                        Livian Lofranco Johns

Date:    1-14-13

Case: 13-50253    Doc# 1    Filed: 01/15/13    Entered: 01/15/13 17:11:40    Page 8 of 88

Certificate Number: 03088-CAN-CC-020045032



03088-CAN-CC-020045032

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 13, 2013</u>, at <u>9:59</u> o'clock <u>PM CST</u>, <u>Livian L Johns</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>January 13, 2013</u>          By: <u>/s/Brian J Alcorn</u>

                                       Name: <u>Brian J Alcorn</u>

                                       Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Northern District of California

In re    **Larry David Johns,**
    **Livian Lofranco Johns**

Case No._____

Debtors

Chapter_____**13**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 5,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 108,091.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,216.08 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,140.92 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 5,500.00 | | |
| Total Liabilities | | | | 108,091.13 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Larry David Johns,**
        **Livian Lofranco Johns**

                                    Debtors

Case No. _____

Chapter _____ **13** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,216.08 |
| Average Expenses (from Schedule J, Line 18) | 5,140.92 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,078.87 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 108,091.13 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 108,091.13 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

In re    **Larry David Johns,**                 Case No. _____
         **Livian Lofranco Johns**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | |

__0__    continuation sheets attached to the Schedule of Real Property

Case: 13-50253    Doc# 1    Filed: 01/15/13    Entered: 01/15/13 17:11:46    Page 12 of 88

In re    **Larry David Johns,**
         **Livian Lofranco Johns**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with Chase In Debtor's Possession.** | J | 300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods, Furnishings In Debtor's Possession.** | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Work and Casual Clothes In Debtor's Possession.** | J | 500.00 |
| 7. Furs and jewelry. | | **Watches, Rings. Misc Jewelry In Debtor's Possession.** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Guns Ruger 22 Rifle - $150.00 Riger 22 Pistol - $400.00 Shotgun - $300.00 Ruger P91 - $300.00 Smith and Weson 357 - $300.00 In Debtor's Possession.** | J | 1,450.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >      4,250.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Case: 13-50253    Doc# 1    Filed: 01/15/13    Entered: 01/15/13 17:11:40    Page 13 of 88

Best Case Bankruptcy

In re   **Larry David Johns,**
      **Livian Lofranco Johns**

Case No. _____

_____,
          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Larry David Johns,**
        **Livian Lofranco Johns**

Case No. _____

_____,
                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Ford Explorer 279k miles In Debtor's Possession. | J | 500.00 |
| | | 1991 Toyota 4Runner 280k miles In Debtor's Possession. | J | 750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      **1,250.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Case: 13-50253   Doc# 1   Filed: 01/15/13   Entered: 01/15/13 17:11:40   Page 15 of 88

                          Best Case Bankruptcy

In re    **Larry David Johns,**                                 Case No. _____

           **Livian Lofranco Johns**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 5,500.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property                                  (Report also on Summary of Schedules)

Case: 13-50253    Doc# 1    Filed: 01/15/13    Entered: 01/15/13 17:11:46    Page 16 of 88

In re    **Larry David Johns,**
        **Livian Lofranco Johns**

Case No. _____

                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account with Chase** **In Debtor's Possession.** | C.C.P. § 703.140(b)(5) | 300.00 | 300.00 |
| **Household Goods and Furnishings** | | | |
| **Household Goods, Furnishings** **In Debtor's Possession.** | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| **Work and Casual Clothes** **In Debtor's Possession.** | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **Watches, Rings. Misc Jewelry** **In Debtor's Possession.** | C.C.P. § 703.140(b)(4) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Guns** **Ruger 22 Rifle - $150.00** **Riger 22 Pistol - $400.00** **Shotgun - $300.00** **Ruger P91 - $300.00** **Smith and Weson 357 - $300.00** **In Debtor's Possession.** | C.C.P. § 703.140(b)(5) | 1,450.00 | 1,450.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Ford Explorer 279k miles** **In Debtor's Possession.** | C.C.P. § 703.140(b)(2) | 500.00 | 500.00 |
| **1991 Toyota 4Runner 280k miles** **In Debtor's Possession.** | C.C.P. § 703.140(b)(5) | 750.00 | 750.00 |

Total:    **5,500.00**    **5,500.00**

Case 13-50253   Doc# 1   Filed 01/15/13   Entered: 01/15/13 17:11:40   Page 17 of 88

In re  **Larry David Johns,**
       **Livian Lofranco Johns**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

<u>**0**</u>  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

In re   **Larry David Johns,**                            Case No. _____
        **Livian Lofranco Johns**

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Case: 13-50253    Doc# 1    Filed 01/16/13    Entered 01/15/13 17:11:40    Page 19 of 88

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                            Best Case Bankruptcy

In re    **Larry David Johns,**                                 Case No. _____

          **Livian Lofranco Johns**
_____,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts<br>Owed to Governmental Units

_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| **Account No.** | | | | | Notice Only | | | | | |
| Board of Equalization, State of CA Acct Analysis Ctrl Sec MIC: 29 P.O. Box 92879 Sacramento, CA 94279-0029 | J | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | Notice Only | | | | | |
| Franchise Tax Board Special Procedures PO Box 2952 Sacramento, CA 95812 | J | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | Notice Only | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | J | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | Notice Only | | | | | |
| State of California - EDD Bankruptcy Unit - MIC 92E PO Box 826880 Sacramento, CA 94280 | J | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | Notice Only | | | | | |
| U.S. Attorney General Civil Trial Sec. Western PO Box 683 Ben Franklin Washington, DC 20044 | J | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal       0.00      

(Total of this page)    0.00    0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re    **Larry David Johns,**
        **Livian Lofranco Johns**                  Case No. _____

                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Notice Only | | | | | |
| **United States Attorney's Office Attn: Chief Tax Division 450 Golden Gate Ave. 10th San Francisco, CA 94102** | J | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 0.00 | 0.00 |
| Total | | 0.00 |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re    **Larry David Johns,**        Case No. _____
          **Livian Lofranco Johns**
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Accounts Receivable Management** <br> **PO Box 129** <br> **Thorofare, NJ 08086-0129** | | J | Collection Agent for HSBC | | | | 0.00 |
| Account No. <br><br> **AFNI, Inc** <br> **404 Brock Drive** <br> **PO Box 3517** <br> **Bloomington, IL 61702-3517** | | J | Collection Agent for MCI | | | | 0.00 |
| Account No. 9676 <br><br> **Allergy and Asthma Associates** <br> **4050 Moorpark Ave** <br> **San Jose, CA 95117-1840** | | J | Medical Services | | | | 49.38 |
| Account No. <br><br> **Allied Interstate** <br> **3000 Corporate Exchange Dr,** <br> **5th Floor** <br> **Columbus, OH 43231** | | J | Collection Agent for HSBC Bank | | | | 0.00 |

| | |
|---|---|
| __28__ continuation sheets attached | Subtotal <br> (Total of this page)     49.38 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        S/N:35364-121221    Best Case Bankruptcy

In re   **Larry David Johns,**
        **Livian Lofranco Johns**

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4184019927**<br><br>**American Medical Collection Agency**<br>**PO Box 1235**<br>**Elmsford, NY 10523-0935** | | J | Collection Agent for Quest Diagnostics | | | | 0.00 |
| Account No.<br><br>**American Medical Response**<br>**P.O. Box 3429**<br>**Modesto, CA 95353** | | J | Medical Services | | | | 287.22 |
| Account No.<br><br>**Aslam Barra, MD**<br>**930 Sunnyslope Rd, #E1**<br>**Hollister, CA 95023** | | J | Medical Services | | | | 175.00 |
| Account No.<br><br>**AT&T**<br>**P.O. Box 78522**<br>**Phoenix, AZ 85062-8522** | | J | Services Rendered | | | | 0.00 |
| Account No.<br><br>**Balanced Healthcare Receivables**<br>**PO Box 9577**<br>**Manchester, NH 03108-9577** | | J | Collection Agent for Quest Diagnostics | | | | 0.00 |

Sheet no. __1__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       462.22

In re    **Larry David Johns,**
       **Livian Lofranco Johns**
                                   Debtors              Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5140217999862725** <br><br> **Barclays Bank Delaware** <br> **Attention: Bankruptcy** <br> **Po Box 1337** <br> **Philadelphia, PA 19101** | | J | **Opened 1/24/06 Last Active 7/02/07** <br> **Credit Card Debt (Unsecured)** | | | | 0.00 |
| Account No. <br><br> **Bay Area Credit Service** <br> **1901 W. 10th St** <br> **Antioch, CA 94509** | | J | Collection Agent for American Medical Response | | | | 0.00 |
| Account No. <br><br> **Board of Equalization, State of CA** <br> **Acct Analysis Ctrl Sec MIC: 29** <br> **P.O. Box 92879** <br> **Sacramento, CA 94279-0029** | | J | Sales Tax | | | | 10,860.55 |
| Account No. <br><br> **Bonded Collection Corp** <br> **PO Box 1022** <br> **Wixom, MI 48393-1022** | | J | Collection Agent for The Swiss Colony | | | | 0.00 |
| Account No. <br><br> **Bryant Hodge & Associates** <br> **20 State St, Ste 100** <br> **Bangor, ME 04401** | | J | Collection Agent for Washington Mutual Bank | | | | 0.00 |

Sheet no. __2__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    10,860.55

Case: 13-50253   Doc# 1   Filed: 01/15/13   Entered: 01/15/13 17:11:40   Page 24 of 88

In re    **Larry David Johns,**
        **Livian Lofranco Johns**                      Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0135205<br><br>**CalPath Medical Associates**<br>**PO Box 54066**<br>**San Jose, CA 95154** | | J | **Medical Services** | | | | 115.45 |
| Account No.<br><br>**Calvin Clarke DDS**<br>**890 Sunset Dr, Ste A-1B**<br>**Hollister, CA 95023-5061** | | J | **Medical Services** | | | | 237.78 |
| Account No. 671942<br><br>**Capio Partners Llc**<br>**2222 Texoma Pkwy Ste 150**<br>**Sherman, TX 75090** | | H | **Opened 2/01/12**<br>**Collection Agent for Good Samaritan Hospital** | | | | 481.00 |
| Account No. 5178057282963995<br><br>**Capital One Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | W | **Opened 7/01/08 Last Active 12/03/12**<br>**Credit Card Debt (Unsecured)** | | | | 2,077.00 |
| Account No. 2679306<br><br>**Cbc/credit Consulting**<br>**Po Box 5879**<br>**Salinas, CA 93915** | | H | **Opened 7/01/09**<br>**Collection Agent for Hazel Hawkins Memorial Hospital** | | | | 7,941.00 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                                 (Total of this page)    **10,852.23**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

In re    **Larry David Johns,**                                            Case No. _____

          **Livian Lofranco Johns**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 2649400 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | H | | | Opened 1/01/09 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 5,735.00 |
| Account No. 2632114 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | H | | | Opened 10/01/08 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 2,626.00 |
| Account No. 2679305 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | H | | | Opened 7/01/09 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 768.00 |
| Account No. 2628509 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | J | | | Opened 9/01/08 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 411.00 |
| Account No. 2560585 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | H | | | Opened 4/01/07 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 385.00 |

Sheet no. __4__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      9,925.00

In re    **Larry David Johns,**
       **Livian Lofranco Johns**            Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2733145<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 7/01/10<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 307.00 |
| Account No. 2639996<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 11/01/08<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 287.00 |
| Account No. 2708530<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 2/01/10<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 235.00 |
| Account No. 2646136<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 1/01/09<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 210.00 |
| Account No. 2540989<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 12/01/06<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 200.00 |

Sheet no. __5__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      1,239.00

Case: 13-50253   Doc# 1   Filed: 01/15/13   Entered: 01/15/13 17:11:40   Page 27 of 88

In re  Larry David Johns,                           Case No. _____
      Livian Lofranco Johns

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 2660834<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | | | Opened 4/01/09<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 180.00 |
| Account No. 2696176<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | | | Opened 11/01/09<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 173.00 |
| Account No. 2670317<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | | | Opened 5/01/09<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 155.00 |
| Account No. 2799183<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | | | Opened 11/01/11<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 149.00 |
| Account No. 2799184<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | | | Opened 11/01/11<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 145.00 |

Sheet no. __6__ of __28__ sheets attached to Schedule of                    Subtotal           | 802.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re    **Larry David Johns,**
        **Livian Lofranco Johns**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2696177 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | H | Opened 11/01/09 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 144.00 |
| Account No. 2673686 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | H | Opened 6/01/09 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 129.00 |
| Account No. 2646137 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | H | Opened 1/01/09 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 119.00 |
| Account No. 2839760 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | W | Opened 10/01/12 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 114.00 |
| Account No. 2765854 <br><br> Cbc/credit Consulting <br> Po Box 5879 <br> Salinas, CA 93915 | | H | Opened 3/01/11 <br> Collection Agent for Hazel Hawkins Memorial Hospital | | | | 109.00 |

Sheet no. __7__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      615.00

Case: 13-50253   Doc# 1   Filed: 01/15/13   Entered: 01/15/13 17:11:40   Page 29 of 88

In re  Larry David Johns,
      Livian Lofranco Johns

Case No. _____

                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2802491<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 12/01/11<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 100.00 |
| Account No. 2696175<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 11/01/09<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 95.00 |
| Account No. 2699783<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 12/01/09<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 93.00 |
| Account No. 2807541<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 1/01/12<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 84.00 |
| Account No. 2540994<br><br>Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915 | | H | Opened 12/01/06<br>Collection Agent for Hazel Hawkins Memorial Hospital | | | | 77.00 |

Sheet no. __8__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        449.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

In re    **Larry David Johns,**
       **Livian Lofranco Johns**                   Case No. _____

                                          ,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2649398 <br><br> **Cbc/credit Consulting** <br> **Po Box 5879** <br> **Salinas, CA 93915** | | H | **Opened 1/01/09** <br> **Collection Agent for Hazel Hawkins Memorial Hospital** | | | | 76.00 |
| Account No. 2679308 <br><br> **Cbc/credit Consulting** <br> **Po Box 5879** <br> **Salinas, CA 93915** | | H | **Opened 7/01/09** <br> **Collection Agent for Hazel Hawkins Memorial Hospital** | | | | 66.00 |
| Account No. 2560581 <br><br> **Cbc/credit Consulting** <br> **Po Box 5879** <br> **Salinas, CA 93915** | | H | **Opened 4/01/07** <br> **Collection Agent for Hazel Hawkins Memorial Hospital** | | | | 51.00 |
| Account No. 03-89815533 <br><br> **CBCS** <br> **PO Box 163250** <br> **Columbus, OH 43216-3250** | | J | **Collection Agent for Verizon Wireless** | | | | 0.00 |
| Account No. <br><br> **CBSJ Financial Corp** <br> **Department 370** <br> **PO Box 4115** <br> **Concord, CA 94524** | | J | **Collection Agent for OConnor Hospital** | | | | 0.00 |

Sheet no. __9__ of __28__ sheets attached to Schedule of                  Subtotal            193.00
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

In re   **Larry David Johns,**                 Case No. _____
         **Livian Lofranco Johns**

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8006689059<br><br>Cbsj Financial Corp.<br>99 W Tasman Dr<br>San Jose, CA 95134 | | W | Opened 11/01/06<br>Collection Agent for Cvi Santa Clara/Csc-02/00106 | | | | 94.00 |
| Account No. 5854302<br><br>CBSJ Financial Corp.<br>99 W. Tasman Drive Suite 205<br>San Jose, CA 95134 | | J | Collection Agent | | | | 344.81 |
| Account No. H00006808927<br><br>CBSJ Financial Corp.<br>P.O. Box 512020<br>Los Angeles, CA 90051-0020 | | J | Collection Agent | | | | 816.75 |
| Account No. Cs2-026512035701-00106<br><br>CBSJ Financial Corp.<br>99 W. Tasman Drive Suite 205<br>San Jose, CA 95134 | | J | Collection Agent | | | | 0.00 |
| Account No. Cs2-02-6512035701-00106<br><br>CBSJ Financial Corp.<br>299 Stockton Avenue<br>San Jose, CA 95126 | | J | Collection Agent | | | | 0.00 |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,255.56

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re    Larry David Johns,                        Case No. _____
          Livian Lofranco Johns

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Charter Communications<br>8120 Camino Arroyo<br>Gilroy, CA 95020-7304 | | J | Services Rendered | | | | 0.00 |
| Account No. 5416577152502542<br><br>Chase<br>Attn: Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850 | | J | Opened 6/06/06 Last Active 8/21/07<br>Credit Card Debt (Unsecured) | | | | 0.00 |
| Account No. 5120121650106675<br><br>Chase Manhattan Bank<br>Attention: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | | W | Opened 5/01/03 Last Active 1/09/09<br>Credit Card Debt (Unsecured) | | | | 0.00 |
| Account No. 8316370762413<br><br>Collection Bureau of America<br>P.O. Box 5013<br>Hayward, CA 94540-5013 | | J | Collection Agent for SBC Pacific Bell | | | | 903.88 |
| Account No. H00006808927<br><br>Computer Collections<br>640 West Fourth Street<br>PO Box 5238<br>Winston Salem, NC 27113-5238 | | J | Collection Agent for Saint Louise Regional Hospital | | | | 0.00 |

Sheet no. __11__ of __28__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)       903.88

Software Copyright (c) 1996-2012  CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

In re    Larry David Johns,                              Case No. _____
         Livian Lofranco Johns

_____
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 08 0368 16545<br><br>Credit Collection Services<br>Two Wells Ave<br>Newton Center, MA 02459 | | J | Collection Agent for Quest | | | | 0.00 |
| Account No. 2601339<br><br>Credit Consulting Services<br>P.O. Box 5879<br>Salinas, CA 93915 | | J | Collection Agent for Hazel Memorial Hospital | | | | 43.66 |
| Account No. 1686072455<br><br>Credit Protection Associates<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas, TX 75380 | | H | Opened 6/01/12<br>Collection Agent for Charter Communications | | | | 66.00 |
| Account No.<br><br>Crossings Book Club<br>P.O. Box 916432<br>Indianapolis, IN 46291-6432 | | J | Services Rendered | | | | 0.00 |
| Account No.<br><br>Cypress Collection Services<br>PMB -184<br>3900 Peland Ave, #420<br>Modesto, CA 95356 | | J | Collection Agent for Radiological Assoc Med Group | | | | 0.00 |

Sheet no. __12__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           109.66

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re  Larry David Johns,  
      Livian Lofranco Johns

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>David R Flemming MD<br>757 Pacific St<br>Monterey, CA 93940-2819 | | | | J | Medical Services | | | | 50.84 |
| Account No. 7GI137682<br><br>E R Solutions, Inc.<br>P.O. Box 9004<br>Renton, WA 98057-9004 | | | | J | Collection Agent for Verizon | | | | 772.25 |
| Account No. 56609 05009<br><br>Endoscopy Surgery Center of Silicon Valley LLC<br>2410 Samaritan Drive, Ste 100<br>San Jose, CA 95124 | | | | J | Medical Services | | | | 170.00 |
| Account No. 48583242<br><br>Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | | H | | Opened  3/01/11<br>Collection Agent for At T | | | | 794.00 |
| Account No. 20-761690-5<br><br>FC&A<br>PO Box 2062<br>Peachtree City, GA 30269-0062 | | | | J | Services Rendered | | | | 40.96 |

Sheet no. __13__ of __28__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

1,828.05

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                 Best Case Bankruptcy

In re    Larry David Johns,                Case No. _____
        Livian Lofranco Johns

                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6845590 | | | Collection Agent for AT&T | | | | |
| Financial Credit Network 1300 W. Main Street Visalia, CA 93278 | | J | | | | | 0.00 |
| Account No. 4239801024826329 | | | Opened 7/31/08 Last Active 1/07/09 Credit Card Debt (Unsecured) | | | | |
| Fncc/Legacy Visa Attn: Bankruptcy Po Box 5097 Sioux Falls, SD 57117 | | H | | | | | 343.09 |
| Account No. | | | 2000, 2001, 2002 Income Tax | | | | |
| Franchise Tax Board Special Procedures PO Box 2952 Sacramento, CA 95812 | | J | | | | | 9,197.90 |
| Account No. 2313181 | | | Collection Agent for Gabilan Radiology Medical Group | | | | |
| Fresno Credit Bureau 2600 W Shaw Ln Fresno, CA 93711 | | W | | | | | 517.00 |
| Account No. 2331988 | | | Collection Agent for Gabilan Radiology Medical Group | | | | |
| Fresno Credit Bureau 2600 W Shaw Ln Fresno, CA 93711 | | W | | | | | 276.00 |

Sheet no. __14__ of __28__ sheets attached to Schedule of         Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)     10,333.99

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

In re    **Larry David Johns,**             Case No. _____
         **Livian Lofranco Johns**

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2745206 <br><br> Fresno Credit Bureau <br> 2600 W Shaw Ln <br> Fresno, CA 93711 | | W | Collection Agent for Gabilan Radiology Medical Group | | | | 230.00 |
| Account No. 3100124 <br><br> Fresno Credit Bureau <br> 2600 W Shaw Ln <br> Fresno, CA 93711 | | W | Collection Agent for South Valley Imaging Llc | | | | 107.00 |
| Account No. 2784587 <br><br> Fresno Credit Bureau <br> 2600 W Shaw Ln <br> Fresno, CA 93711 | | J | Collection Agent for Quest | | | | 0.00 |
| Account No. 2776844 <br><br> Fresno Credit Bureau <br> 2600 W Shaw Ln <br> Fresno, CA 93711 | | J | Collection Agent for Quest | | | | 0.00 |
| Account No. 2770286 <br><br> Fresno Credit Bureau <br> 2600 W Shaw Ln <br> Fresno, CA 93711 | | J | COllection Agent for Gabilan Radiology | | | | 0.00 |

Sheet no. __15__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     337.00

In re   **Larry David Johns,**
        **Livian Lofranco Johns**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 1983539 <br><br> Fresno Credit Bureau <br> 2600 W Shaw Ln <br> Fresno, CA 93711 | | J | | | Collection Agent for Quest | | | | 0.00 |
| Account No. 3383031 <br><br> Fresno Credit Bureau <br> 2600 W Shaw Ln <br> Fresno, CA 93711 | | J | | | Collection Agent for Quest | | | | 0.00 |
| Account No. 3406948 <br><br> Fresno Credit Bureau <br> 2600 W Shaw Ln <br> Fresno, CA 93711 | | J | | | Collection Agent for Quest | | | | 0.00 |
| Account No. <br><br> Gabilan Radiology Medical Group <br> 9400 N Name Uno <br> Gilroy, CA 95020 | | J | | | Medical Services | | | | 0.00 |
| Account No. 6008897673048919 <br><br> Gemb/JC Penny <br> Attention: Bankruptcy <br> Po Box 103104 <br> Roswell, GA 30076 | | J | | | Opened 6/02/78 Last Active 7/01/95 <br> Credit Card Debt (Unsecured) | | | | 0.00 |

Sheet no. __16__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Case: 13-50253   Doc# 1   Filed: 01/15/13   Entered: 01/15/13 17:11:40   Page 38 of 88

In re     **Larry David Johns,**                      Case No. _____

            **Livian Lofranco Johns**

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 346256452 <br><br> **Good Samaritan Hospital** <br> **2425 Samaritan Drive** <br> **San Jose, CA 95110** | | J | **Medical Services** | | | | 481.86 |
| Account No. 342509417 <br><br> **Good Samaritan Hospital** <br> **P.O. Box 740766** <br> **Cincinnati, OH 45274-0766** | | J | **Medical Services** | | | | 110.30 |
| Account No. H05000022066 <br><br> **Hazel Hawkins Memorial Hosp.** <br> **911 Sunset Drive** <br> **Hollister, CA 95023** | | J | **Medical Services** | | | | 0.00 |
| Account No. H00001109489 <br><br> **Hazel Hawkins Memorial Hosp.** <br> **911 Sunset Drive** <br> **Hollister, CA 95023** | | J | **Medical Services** | | | | 0.00 |
| Account No. H00001346534 <br><br> **Hazel Hawkins Memorial Hosp.** <br> **911 Sunset Drive** <br> **Hollister, CA 95023** | | J | **Medical Services** | | | | 0.00 |

Sheet no. __17__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     592.16

Case: 13-50253    Doc# 1    Filed: 01/15/13    Entered: 01/15/13 17:11:40    Page 39 of 88

In re    Larry David Johns,                           Case No. _____

           Livian Lofranco Johns

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. E13138 | | | J | Medical Services | | | | |
| Hazel Hawkins Memorial Hosp. 911 Sunset Drive Hollister, CA 95023 | | | | | | | | 0.00 |
| Account No. E13124 | | | J | Medical Services | | | | |
| Hazel Hawkins Memorial Hosp. 911 Sunset Drive Hollister, CA 95023 | | | | | | | | 0.00 |
| Account No. E35133 | | | J | Medical Services | | | | |
| Hazel Hawkins Memorial Hosp. 911 Sunset Drive Hollister, CA 95023 | | | | | | | | 0.00 |
| Account No. H00001026488 | | | J | Medical Services | | | | |
| Hazel Hawkins Memorial Hosp. 911 Sunset Drive Hollister, CA 95023 | | | | | | | | 0.00 |
| Account No. H05000029337 | | | J | Medical Services | | | | |
| Hazel Hawkins Memorial Hosp. 911 Sunset Drive Hollister, CA 95023 | | | | | | | | 0.00 |

Sheet no. __18__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

Case: 13-50253    Doc# 1    Filed: 01/15/13    Entered: 01/15/13 17:11:40    Page 40 of 88

In re    **Larry David Johns,**            Case No. _____
             **Livian Lofranco Johns**

_____ ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hollister Emergency Physicia** <br>**P.O. Box 8350** <br>**Philadelphia, PA 19101-8350** | | J | **Medical Services** | | | | **577.00** |
| Account No. 5155990081781274 <br><br>**Hsbc Bank** <br>**Po Box 5253** <br>**Carol Stream, IL 60197** | | W | **Opened 8/04/10 Last Active 9/09/10** <br>**Credit Card Debt (Unsecured)** | | | | **381.77** |
| Account No. 5155970022278945 <br><br>**Hsbc Bank** <br>**Po Box 5253** <br>**Carol Stream, IL 60197** | | H | **Opened 11/29/07 Last Active 4/08/08** <br>**Credit Card Debt (Unsecured)** | | | | **386.98** |
| Account No. 5155970022246959 <br><br>**Hsbc Bank** <br>**Po Box 5253** <br>**Carol Stream, IL 60197** | | W | **Opened 11/29/07 Last Active 4/08/08** <br>**Credit Card Debt (Unsecured)** | | | | **413.97** |
| Account No. <br><br>**Hudson & Keyse, LLC** <br>**382 Blackbrook Road** <br>**Painesville, OH 44077** | | J | **Collection Agent for Washington Mutual Bank** | | | | **0.00** |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal     **1,759.72**
                                     (Total of this page)

In re  Larry David Johns,  Case No. _____
       Livian Lofranco Johns

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | J | | | 1999 Income Tax | | | | 792.43 |
| Account No.<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | J | | | 2001 Income Tax | | | | 15,536.04 |
| Account No.<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | J | | | 2000 Income Tax | | | | 29,709.94 |
| Account No.<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | J | | | 2002 Income Tax | | | | 2,294.53 |
| Account No. JOHNS0000<br><br>Joel Younger, MD<br>P.O. Box 1300<br>Aptos, CA 95001-1300 | | J | | | Medical Services | | | | 415.86 |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           48,748.80

Case: 13-50253   Doc# 1   Filed: 01/15/13   Entered: 01/15/13 17:11:40   Page 42 of 88

In re    Larry David Johns,                  Case No. _____

       Livian Lofranco Johns

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Medical Services | | | | |
| Lawrence J. Grace, MD 501 San Benito St, Suite 201 Hollister, CA 95023-5784 | | J | | | | | | 67.15 |
| Account No. 19821 | | | | Medical Services | | | | |
| Leon Lubianker, MD 9460 No Name Uno #210 Gilroy, CA 95020 | | J | | | | | | 54.47 |
| Account No. 2909602 | | | | Opened 11/01/11 Collection Agent for Capital Card Services | | | | |
| Lhr Inc 56 Main St Hamburg, NY 14075 | | H | | | | | | 437.00 |
| Account No. | | | | Collection Agent for Legacy Visa | | | | |
| LHR Inc 56 Main Street Hamburg, NY 14075-4905 | | J | | | | | | 0.00 |
| Account No. 21593672 | | | | Medical Services | | | | |
| Lucile Packard Children's Hospital PO Box 660064 Dallas, TX 75266-0064 | | J | | | | | | 866.98 |

Sheet no. __21__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      1,425.60
(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re    Larry David Johns,                     Case No. _____
       Livian Lofranco Johns

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. 62427802 | | | | | | Medical Services | | | | |
| Lucile Packard Children's Hospital PO Box 742039 Los Angeles, CA 90074-2039 | | | | J | | | | | | 175.37 |
| Account No. | | | | | | Collection Agent for HSBC | | | | |
| Malcom S. Gerald 332 South Michigan Ave, Ste 600 Chicago, IL 60604 | | | | J | | | | | | 0.00 |
| Account No. 7GI37682 | | | | | | Opened 6/01/07 Last Active 7/01/09 Services Rendered | | | | |
| MCI Cas Dept 500 Technology Dr Weldon springs, MO 63304 | | H | | | | | | | | 772.00 |
| Account No. | | | | | | Medical Services | | | | |
| Myriad Genetic Patient Accounts 320 Wakara Way Salt Lake City, UT 84108 | | | | J | | | | | | 239.64 |
| Account No. 1908730 0048299 | | | | | | Collection Agent for Hollister Emergency | | | | |
| National Recovery Agency PO Box 67015 Harrisburg, PA 17106-7015 | | | | J | | | | | | 0.00 |

Sheet no. __22__ of __28__ sheets attached to Schedule of            Subtotal           | 1,187.01
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Case: 13-50253    Doc# 1    Filed: 01/15/13    Entered: 01/15/13 17:11:40    Page 44 of 88

In re     Larry David Johns,                                    Case No. _____
          Livian Lofranco Johns

                                          Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. QTS401 | | | | | Collection Agent for AT&T | | | | |
| NCO Financial Systems PO Box 15391 Wilmington, DE 19850-5391 | | | | J | | | | | 0.00 |
| Account No. 41484600 | | | | | Collection Agent for Good Samaritan Hospital | | | | |
| NCO Financial Systems PO Box 15537 Wilmington, DE 19850 | | | | J | | | | | 0.00 |
| Account No. 19087300048299 | | | | | Collection Agent for Hollister Emergency Physician | | | | |
| NCO Financial Systems P.O. Box 17095 Wilmington, DE 19850-7095 | | | | J | | | | | 577.00 |
| Account No. 61562906201.1 | | | | | Medical Services | | | | |
| Oconnor Imaging Medical Group PO Box 45072 San Francisco, CA 94145-5072 | | | | J | | | | | 31.73 |
| Account No. | | | | | Collection Agent for Washington Mutual Bank | | | | |
| Peachtree Law Center 6075 Roswell Road, NE Ste 118 Atlanta, GA 30328 | | | | J | | | | | 0.00 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             608.73

Case: 13-50253   Doc# 1   Filed: 01/15/13   Entered: 01/15/13 17:11:40   Page 45 of 88

In re    **Larry David Johns,**                        Case No. _____
        **Livian Lofranco Johns**

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 21593672<br><br>**PFS Group**<br>7670 Woodway Dr, Ste 250<br>Houston, TX 77063-1519 | | J | Collection Agent for Lucile Packard Children's Hospital | | | | 0.00 |
| Account No. JK10091<br><br>**Pinnacle Credit Service**<br>Po Box 640<br>Hopkins, MN 55343 | | H | Opened 10/01/10<br>Collection Agent for Verizon Wireless | | | | 278.00 |
| Account No. 5155970022246959<br><br>**Portfolio Recovery**<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | | W | Opened 5/01/09<br>Collection Agent for Hsbc Card Services Iii Inc. | | | | 616.00 |
| Account No. 5155990081781274<br><br>**Portfolio Recovery**<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | | W | Opened 10/01/11<br>Collection Agent for Hsbc Bank Nevada N.A. | | | | 382.00 |
| Account No.<br><br>**Quest Diagnostic**<br>P.O. Box 78406<br>Phoenix, AZ 85062-8406 | | J | Medical services | | | | 186.18 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
               (Total of this page)     1,462.18

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

In re   Larry David Johns,
        Livian Lofranco Johns

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8IZ4379570 <br><br> Quest Diagnostics <br> PO Box 7306 <br> Hollister, MO 65673-7306 | | J | Medical Services | | | | 158.00 |
| Account No. 808R489724 <br><br> Rjm Acq Llc <br> 575 Underhill Blvd. <br> Suite 224 <br> Syosset, NY 11791 | | W | Opened 12/01/09 <br> Collection Agent for Crossings Book Club | | | | 42.00 |
| Account No. 34889648 <br><br> RPM <br> 20816 44th Ave W <br> Lynnwood, WA 98036 | | J | Collection Agent for Pinnacle Credit Services | | | | 0.00 |
| Account No. H00006430219 <br><br> Saint Louise Regional Hospital <br> P.O. Box 61000 Loc. 73767 <br> San Francisco, CA 94161-0001 | | J | Medical Services | | | | 195.84 |
| Account No. H00006808927 <br><br> Saint Louise Regional Hospital <br> P.O. Box 61000 Loc. 73767 <br> San Francisco, CA 94161-0001 | | J | Medical Services | | | | 240.50 |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

636.34

In re    Larry David Johns,                              Case No. _____

         Livian Lofranco Johns

_____,

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 78003<br><br>San Benito Health Foundation<br>351 Felice Drive<br>Hollister, CA 95023-3361 | | J | Medical Services | | | | 20.00 |
| Account No. 803626060384A<br><br>Seventh Ave<br>1112 7th Ave<br>Monroe, WI 53566 | | H | Opened 12/01/07  Last Active  4/15/08<br>Credit Card Debt (Unsecured) | | | | 233.00 |
| Account No. 79228<br><br>SKO Brenner American<br>40 Daniel Street<br>PO Box 230<br>Farmingdale, NY 11735-0230 | | J | Collection Agent for Topstyler | | | | 269.85 |
| Account No.<br><br>Stephens & Michaels Associates<br>PO Box 109<br>Salem, NH 03079-0109 | | J | Collection Agent for Verizon Wireless | | | | 0.00 |
| Account No. David JOhns<br><br>Teach Social<br>3550 Stevens Creek Blvd. #200<br>San Jose, CA 95117 | | J | Services Rendered | | | | 475.00 |

Sheet no. __26__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal<br>(Total of this page)      997.85

Case: 13-50253   Doc# 1   Filed: 01/15/13   Entered: 01/15/13 17:11:40   Page 48 of 88

In re    Larry David Johns,                                          Case No. _____
         Livian Lofranco Johns

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 803626060384A | | | | | Credit Card Debt (Unsecured) | | | | |
| The Swiss Colony 1112 7th Ave Monroe, WI 53566-1364 | | | J | | | | | | 219.77 |
| Account No. 4352376709988786 | | | | | Opened 11/01/05 Last Active 4/08/11 Credit Card Debt (Unsecured) | | | | |
| Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | W | | | | | | | 0.00 |
| Account No. | | | | | Collection Agent for Myriad Genetic | | | | |
| Transworld Systems 2235 Mercury Way, #275 Santa Rosa, CA 95407 | | | J | | | | | | 0.00 |
| Account No. 4311729-7 | | | | | Collection Agent for NSA Juice Plus ARO CC | | | | |
| Universal Collection Systems PO Box 751090 Memphis, TN 38175-1090 | | | J | | | | | | 0.00 |
| Account No. | | | | | Medical Services | | | | |
| Valley Radiology Medical Assoc PO Box 49058 San Jose, CA 95161-9058 | | | J | | | | | | 25.87 |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    245.64

In re   **Larry David Johns,**                Case No. _____
        **Livian Lofranco Johns**

_____
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, or COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Verizon California**<br>**P.O. Box 9688**<br>**Mission Hills, CA 91346-9688** | | J | **Services Rendered** | | | | 0.00 |
| Account No.<br><br>**Waste Management**<br>**PO Box 79168**<br>**Phoenix, AZ 85062-9168** | | J | **Services rendered** | | | | 149.58 |
| Account No. **17218761**<br><br>**West Asset**<br>**2703 North Highway 75**<br>**Sherman, TX 75090** | | W | **Opened 7/01/12**<br>**Collection Agent for Good Samaritan Hospital** | | | | 62.00 |
| Account No.<br><br><br><br> | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 211.58 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 108,091.13 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Larry David Johns,**            Case No. _____
          **Livian Lofranco Johns**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                       Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Larry David Johns,**
      **Livian Lofranco Johns**

Case No. _____

_____
                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**  continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Case 13-50253  Doc 9  Filed 01/15/13  Entered: 01/15/13 17:11:40  Page 52 of 88

In re    **Larry David Johns**
      **Livian Lofranco Johns**      Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**14 years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Maintenance Tech** | |
| Name of Employer | **Marich Confectionery** | **IHSS** |
| How long employed | **1 year** | |
| Address of Employer | **2011 Bert Drive**<br>**Hollister, CA 95023** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 4,749.98 | $ | 1,993.43 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,749.98 | $ | 1,993.43 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 964.04 | $ | 154.82 |
|     b. Insurance | $ | 140.31 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 30.66 |
|     d. Other (Specify):    401(K) | $ | 237.50 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,341.85 | $ | 185.48 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,408.13 | $ | 1,807.95 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,408.13 | $ | 1,807.95 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 5,216.08 | |

(Report also on Summary of Schedules and, if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re  **Larry David Johns**
    **Livian Lofranco Johns**                                  Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,275.00 |
| a. Are real estate taxes included?      Yes ___     No _X_ | | |
| b. Is property insurance included?      Yes ___     No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 218.00 |
|            b. Water and sewer | | $ 0.00 |
|            c. Telephone | | $ 225.00 |
|            d. Other   See Detailed Expense Attachment | | $ 142.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 1,000.00 |
| 5. Clothing | | $ 300.00 |
| 6. Laundry and dry cleaning | | $ 150.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 575.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 300.00 |
| 10. Charitable contributions | | $ 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 28.00 |
|            b. Life | | $ 0.00 |
|            c. Health | | $ 0.00 |
|            d. Auto | | $ 200.00 |
|            e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 0.00 |
|            b. Other | | $ 0.00 |
|            c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   Incidentals (hair cuts, hygiene, etc.) | | $ 300.00 |
|     Other   **Educational Expenses** | | $ 147.92 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5,140.92 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | | $ 5,216.08 |
| b.   Average monthly expenses from Line 18 above | | $ 5,140.92 |
| c.   Monthly net income (a. minus b.) | | $ 75.16 |

In re   Larry David Johns                                   Case No. _____

      Livian Lofranco Johns
_____
                         Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable | $ | 75.00 |
| Garbage | $ | 67.00 |
| **Total Other Utility Expenditures** | $ | **142.00** |

# United States Bankruptcy Court
## Northern District of California

In re   **Larry David Johns**
      **Livian Lofranco Johns**

              Debtor(s)

Case No. _____

Chapter   **13**  _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **42**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _01/ 14/13_

Signature _~Larry D John~_
**Larry David Johns**
Debtor

Date   _i/14/13_

Signature _~Liv J~_
**Livian Lofranco Johns**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Larry David Johns**
**Livian Lofranco Johns**

                                     Debtor(s)

Case No.

Chapter    **13**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,153.84 | 2013 Wages |
| $54,221.61 | 2012 Wages |
| $74,948.60 | 2011 Wages $64,574.00<br>Contract 1099 Income $10,374.60 |
| $94,181.00 | 2010 Wages $85,026.00<br>Contract 1099 Income $9,155.00 |
| $996.45 | 2013 Wages (W) |
| $1,993.95 | 2012 Wages (W) |
| $0.00 | 2011 Wages (W) |
| $16.00 | 2010 Wages (W) |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|              AMOUNT              |              SOURCE              |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

#### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

#### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of David A. Boone**<br>**1611 The Alameda**<br>**San Jose, CA 95126** | | **Pursuant to 2016(b) Statement** |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

**10. Other transfers**

None  ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

**21 . Current Partners, Officers, Directors and Shareholders**

None ▪ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None ▪ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                         TITLE                         NATURE AND PERCENTAGE
                                                                       OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ▪ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS                         DATE OF WITHDRAWAL

None ▪ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                         TITLE                         DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ▪ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                        DATE AND PURPOSE                  AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                      OR DESCRIPTION AND
                                                                      VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ▪ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                         TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ▪ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                         TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    01/14/13               Signature    _Larry Johns_

                                           **Larry David Johns**
                                           Debtor

Date    1/14/13                Signature

                                           **Livian Lofranco Johns**
                                           Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re  **Larry David Johns**
      **Livian Lofranco Johns**
                                                      Case No.
                                    _____
                                    Debtor(s)         Chapter  __13__

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Larry David Johns**
**Livian Lofranco Johns**                    X _____  01/14/13
Printed Name(s) of Debtor(s)                    Signature of Debtor          Date

Case No. (if known) _____         X _____  1/14/13
                                                Signature of Joint Debtor (if any)  Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

In Re: Larry David Johns & Livian Lofranco Johns

Case No.
Chapter 13

## DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that the attorneys for the Debtor(s) are Law Offices of David A. Boone, that I am authorized to make this certification and that I am an active member of the California State Bar. I certify that compensation paid within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is a minimum $4000.00 of which $0.00 has been paid.

2. The source of the compensation paid, or to be paid to me was the debtor.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation and rendering advise to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. Other provisions:
All services to be provided herein are to be earned at hourly rates of between $285.00 and $450.00 for attorneys and between $150.00 and $250.00 per hour for any law clerks and paralegals. Hourly rates may change from time to time during the pending of the case but only after written notice.

Law Offices of David A. Boone

Dated: 1/14/2013

/s/ David A. Boone
David A. Boone, Esq.
Attorney for Debtor(s)

# United States Bankruptcy Court
## Northern District of California

In re   **Larry David Johns**
      **Livian Lofranco Johns**

Case No. _____

Chapter   **13**

Debtor(s)

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of ___**16**___ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: _____1 | 14 | 2013_____

/s/ David A. Boone

Signature of Attorney
**David A. Boone 74165**
**Law Offices of David A. Boone**
**1611 The Alameda**
**San Jose, CA 95126**
**408-291-6000  Fax: 408-291-6016**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Accounts Receivable Management
PO Box 129
Thorofare, NJ 08086-0129


AFNI, Inc
404 Brock Drive
PO Box 3517
Bloomington, IL 61702-3517


Allergy and Asthma Associates
4050 Moorpark Ave
San Jose, CA 95117-1840


Allied Interstate
3000 Corporate Exchange Dr,
5th Floor
Columbus, OH 43231


American Medical Collection Agency
PO Box 1235
Elmsford, NY 10523-0935


American Medical Response
P.O. Box 3429
Modesto, CA 95353


Aslam Barra, MD
930 Sunnyslope Rd, #E1
Hollister, CA 95023


AT&T
P.O. Box 78522
Phoenix, AZ 85062-8522

Balanced Healthcare Receivables
PO Box 9577
Manchester, NH 03108-9577


Barclays Bank Delaware
Attention: Bankruptcy
Po Box 1337
Philadelphia, PA 19101


Bay Area Credit Service
1901 W. 10th St
Antioch, CA 94509


Board of Equalization, State of CA
Acct Analysis Ctrl Sec MIC: 29
P.O. Box 92879
Sacramento, CA 94279-0029


Board of Equalization, State of CA
Acct Analysis Ctrl Sec MIC: 29
P.O. Box 92879
Sacramento, CA 94279-0029


Bonded Collection Corp
PO Box 1022
Wixom, MI 48393-1022


Bryant Hodge & Associates
20 State St, Ste 100
Bangor, ME 04401


CalPath Medical Associates
PO Box 54066
San Jose, CA 95154

Calvin Clarke DDS
890 Sunset Dr, Ste A-1B
Hollister, CA 95023-5061


Capio Partners Llc
2222 Texoma Pkwy Ste 150
Sherman, TX 75090


Capital One Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915

Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915

Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915

Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915


Cbc/credit Consulting
Po Box 5879
Salinas, CA 93915

CBCS
PO Box 163250
Columbus, OH 43216-3250


CBSJ Financial Corp
Department 370
PO Box 4115
Concord, CA 94524


Cbsj Financial Corp.
99 W Tasman Dr
San Jose, CA 95134


CBSJ Financial Corp.
99 W. Tasman Drive Suite 205
San Jose, CA 95134


CBSJ Financial Corp.
P.O. Box 512020
Los Angeles, CA 90051-0020


CBSJ Financial Corp.
99 W. Tasman Drive Suite 205
San Jose, CA 95134


CBSJ Financial Corp.
299 Stockton Avenue
San Jose, CA 95126


Charter Communications
8120 Camino Arroyo
Gilroy, CA 95020-7304

Chase
Attn: Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850


Chase Manhattan Bank
Attention: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013


Computer Collections
640 West Fourth Street
PO Box 5238
Winston Salem, NC 27113-5238


Credit Collection Services
Two Wells Ave
Newton Center, MA 02459


Credit Consulting Services
P.O. Box 5879
Salinas, CA 93915


Credit Protection Associations
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380


Crossings Book Club
P.O. Box 916432
Indianapolis, IN 46291-6432

Cypress Collection Services
PMB -184
3900 Peland Ave, #420
Modesto, CA 95356


David R Flemming MD
757 Pacific St
Monterey, CA 93940-2819


E R Solutions, Inc.
P.O. Box 9004
Renton, WA 98057-9004


Endoscopy Surgery Center of
Silicon Valley LLC
2410 Samaritan Drive, Ste 100
San Jose, CA 95124


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


FC&A
PO Box 2062
Peachtree City, GA 30269-0062


Financial Credit Network
1300 W. Main Street
Visalia, CA 93278


Fncc/Legacy Visa
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812

Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812

Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711

Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711

Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711

Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711

Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711

Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711

```
Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711


Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711


Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711


Fresno Credit Bureau
2600 W Shaw Ln
Fresno, CA 93711


Gabilan Radiology Medical Group
9400 N Name Uno
Gilroy, CA 95020


Gemb/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Good Samaritan Hospital
2425 Samaritan Drive
San Jose, CA 95110


Good Samaritan Hospital
P.O. Box 740766
Cincinnati, OH 45274-0766
```

```
Hazel Hawkins Memorial Hosp.
911 Sunset Drive
Hollister, CA 95023


Hazel Hawkins Memorial Hosp.
911 Sunset Drive
Hollister, CA 95023


Hazel Hawkins Memorial Hosp.
911 Sunset Drive
Hollister, CA 95023


Hazel Hawkins Memorial Hosp.
911 Sunset Drive
Hollister, CA 95023


Hazel Hawkins Memorial Hosp.
911 Sunset Drive
Hollister, CA 95023


Hazel Hawkins Memorial Hosp.
911 Sunset Drive
Hollister, CA 95023


Hazel Hawkins Memorial Hosp.
911 Sunset Drive
Hollister, CA 95023


Hazel Hawkins Memorial Hosp.
911 Sunset Drive
Hollister, CA 95023
```

Hollister Emergency Physicia
P.O. Box 8350
Philadelphia, PA 19101-8350


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hudson & Keyse, LLC
382 Blackbrook Road
Painesville, OH 44077


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Joel Younger, MD
P.O. Box 1300
Aptos, CA 95001-1300


Lawrence J. Grace, MD
501 San Benito St, Suite 201
Hollister, CA 95023-5784


Leon Lubianker, MD
9460 No Name Uno #210
Gilroy, CA 95020


Lhr Inc
56 Main St
Hamburg, NY 14075


LHR Inc
56 Main Street
Hamburg, NY 14075-4905


Lucile Packard Children's Hospital
PO Box 660064
Dallas, TX 75266-0064
```

Lucile Packard Children's Hospital
PO Box 742039
Los Angeles, CA 90074-2039


Malcom S. Gerald
332 South Michigan Ave, Ste 600
Chicago, IL 60604


MCI
Cas Dept
500 Technology Dr
Weldon springs, MO 63304


Myriad Genetic
Patient Accounts
320 Wakara Way
Salt Lake City, UT 84108


National Recovery Agency
PO Box 67015
Harrisburg, PA 17106-7015


NCO Financial Systems
PO Box 15391
Wilmington, DE 19850-5391


NCO FInancial Systems
PO Box 15537
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 17095
Wilmington, DE 19850-7095

Oconnor Imaging Medical Group
PO Box 45072
San Francisco, CA 94145-5072


Peachtree Law Center
6075 Roswell Road, NE Ste 118
Atlanta, GA 30328


PFS Group
7670 Woodway Dr, Ste 250
Houston, TX 77063-1519


Pinnacle Credit Service
Po Box 640
Hopkins, MN 55343


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Quest Diagnostic
P.O. Box 78406
Phoenix, AZ 85062-8406


Quest Diagnostics
PO Box 7306
Hollister, MO 65673-7306

Rjm Acq Llc
575 Underhill Blvd.
Suite 224
Syosset, NY 11791


RPM
20816 44th Ave W
Lynnwood, WA 98036


Saint Louise Regional Hospital
P.O. Box 61000 Loc. 73767
San Francisco, CA 94161-0001


Saint Louise Regional Hospital
P.O. Box 61000 Loc. 73767
San Francisco, CA 94161-0001


San Benito Health Foundation
351 Felice Drive
Hollister, CA 95023-3361


Seventh Ave
1112 7th Ave
Monroe, WI 53566


SKO Brenner American
40 Daniel Street
PO Box 230
Farmingdale, NY 11735-0230


State of California - EDD
Bankruptcy Unit - MIC 92E
PO Box 826880
Sacramento, CA 94280

Stephens & Michaels Associates
PO Box 109
Salem, NH 03079-0109


Teach Social
3550 Stevens Creek Blvd. #200
San Jose, CA 95117


The Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364


Tnb-Visa  (TV) / Target
C/O Financial & Retail Services
Mailstop BV  P.O.Box 9475
Minneapolis, MN 55440


Transworld Systems
2235 Mercury Way, #275
Santa Rosa, CA 95407


U.S. Attorney General
Civil Trial Sec. Western
PO Box 683 Ben Franklin
Washington, DC 20044


United States Attorney's Office
Attn: Chief Tax Division
450 Golden Gate Ave. 10th
San Francisco, CA 94102


Universal Collection Systems
PO Box 751090
Memphis, TN 38175-1090

Valley Radiology Medical Assoc
PO Box 49058
San Jose, CA 95161-9058


Verizon California
P.O. Box 9688
Mission Hills, CA 91346-9688


Waste Management
PO Box 79168
Phoenix, AZ 85062-9168


West Asset
2703 North Highway 75
Sherman, TX 75090